**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 23-cv-299-JAR** |
| **v.** | ) ) | |
| **V8 MOTORS, LLC d/b/a VICARS POWERSPORTS,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

## JOINT MOTION TO STAY ALL REMAINING DEADLINES

Plaintiff, Equal Employment Opportunity Commission, and Defendant, V8 Motors LLC d/b/a Vicars Powersports, respectfully request the Court Stay all remaining deadlines for thirty (30) days to provide the parties an opportunity to finalize a settlement agreement concerning the above captioned case. In support, the parties show the Court as follows:

1.      Following written discovery, the parties attended mediation on February 22, 2024, where an agreement was reached on monetary relief, contingent on reaching a final agreement on the terms of a consent decree – which, if reached, the parties will submit to this Court for approval and entry.

2.      The parties are optimistic that they can reach a final agreement on a consent decree. The parties believe that thirty (30) days should be sufficient to finalize the consent decree terms.

3.      In the event that an agreement cannot be reached the parties will be required to conduct significant discovery. To save time and costs, focus their efforts on resolving this matter, and to avoid the prejudice of time lost for discovery should these efforts fail, the parties respectfully request a thirty (30) day stay of all deadlines.

4.      Within thirty (30) days of the entry of a stay, the parties will either jointly move this Court for entry of their approved consent decree, seek an extension of the stay as necessary under the circumstances, or provide the Court notice of the need to enter an updated scheduling order with all remaining deadlines extended by thirty (30) days.

5.      A proposed order granting the requested relief is submitted contemporaneous with this motion.

Respectfully submitted,


s/ Patrick J. Holman
Patrick J. Holman, OBA No.: 21216
Senior Trial Attorney,
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Oklahoma City Area Office
215 Dean A. McGee, Ste 524
Oklahoma City, OK 73102
Phone (Holman): (405) 666-0374
Email: patrick.holman@eeoc.gov

**ATTORNEY FOR PLAINTIFF**


s/ Paige H. Good
*(e-signed with permission)* -
Paige H. Good, OBA #31595
Isaac Treadaway, OBA #35345
MCAFEE & TAFT PC
Eighth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
paige.good@mcafeetaft.com
isaac.treadaway@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT**