IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br><br>  **Plaintiff,**<br>v.<br><br>**V8 MOTORS, LLC d/b/a VICARS POWERSPORTS**<br><br>  **Defendant.** | **Case No. 23-cv-299-JAR** |

### UNOPPOSED NOTICE OF SETTLEMENT AND INTENT TO SUBMIT AGREED CONSENT DECREE FOR APPROVAL AND ENTRY

The above captioned case is currently Stayed through today, April 11, 2024, to allow the parties time to negotiate the terms of a Consent Decree resolving the matter. *See* ECF Doc. Nos. 24-27. With the consent of the Defendant V8 Motors LLC d/b/a Vicars Powersports, Plaintiff Equal Employment Opportunity Commission provides notice to the Court that late in the day on April 11, 2024, the Parties reached a final agreement on a Consent Decree resolving this case. The Parties are in the process of obtaining necessary signatures to the Consent Decree, but anticipate this task may take a few business days. Plaintiff further notices the Court that the Parties will file closing documents, a joint motion to approve and enter their agreed and executed Consent Decree, no later than the close of business on Thursday, April 18, 2024.

Respectfully submitted,

s/ Patrick J. Holman
Patrick J. Holman, OBA #21216
Senior Trial Attorney,
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
Oklahoma City Area Office
215 Dean A. McGee, Ste 524
Oklahoma City, OK 73102
Phone: (405) 666-0374
Email: patrick.holman@eeoc.gov
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th Day of April, 2024, the foregoing was filed using the Court's ECF system, and a copy was electronically transmitted to the following legal representatives for the Defendant:

Paige Good
paige.good@mcafeetaft.com
Isaac Treadaway
isaac.treadaway@mcafeetaft.com
McAfee & Taft Law Firm
**Attorneys for Defendant**

                                        s/ Patrick J. Holman
                                        Patrick J. Holman